IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLAH QUDDOOS ALLAH a/k/a ELIJAH THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> Warden TOM GRAMIAK, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 5:13-CV-186 (MTT) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 20). The Magistrate Judge recommends the Plaintiff's claims against Defendants Sachdiva and Lewis in their individual capacities be dismissed and that his claim for deliberate indifference against Defendant Tyndal in her individual capacity go forward. He further recommends that the Plaintiff's claims for declaratory and injunctive relief against all Defendants be dismissed as moot. Finally, the Magistrate Judge recommends Defendants Gramiak and Chaney's motion to dismiss be granted and the claims against them dismissed. The Plaintiff did not object to the Recommendation.

The Court has reviewed the Recommendation, which it **ADOPTS** and makes the **ORDER** of the Court. Claims against Defendants Sachdiva, Lewis, Gramiak, and Chaney are dismissed as are the Plaintiff's claims for declaratory and injunctive relief. The Plaintiff's claim against Defendant Tyndal in her individual capacity will go forward.

**SO ORDERED**, this 3rd day of March, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT